UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 1 8 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Christopher Hubler,

    Plaintiff,

v.

Strategic Student Solutions, LLC,

    Defendant.

Civil Action No.: 3:16cv107-KGB

COMPLAINT AND DEMAND FOR JURY TRIAL

This case assigned to District Judge Baker
and to Magistrate Judge Kearney

## COMPLAINT

For this Complaint, Plaintiff, Christopher Hubler, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Christopher Hubler ("Plaintiff"), is an adult individual residing in Imboden, Arkansas, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

4. Defendant Strategic Student Solutions, LLC ("Strategic"), is a Florida business entity with an address of 8461 Lake Worth Road, Suite 450, Lake Worth, Florida 33467, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

## FACTS

5. In or around October 2015, Strategic began calling Plaintiff's cellular telephone, number 870-xxx-0837, using an automatic telephone dialing system ("ATDS" or "predictive dialer") and/or using an artificial or prerecorded voice.

6. When Plaintiff answered calls from Strategic, he heard a prerecorded message which instructed him to press a number before he could speak with the next available representative.

7. In or around November 2015, Plaintiff spoke with a live representative, explained that he did not need Strategic's services, and requested that the calls to his cellular telephone number cease.

8. Nevertheless, Strategic continued to place automated calls to Plaintiff's cellular telephone number.

## COUNT I
## VIOLATIONS OF THE TCPA – 47 U.S.C. § 227, et seq.

9. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10. At all times mentioned herein, Defendant called Plaintiff's cellular telephone using an ATDS or predictive dialer and/or using a prerecorded or artificial voice.

11. Defendant continued to place automated calls to Plaintiff's cellular telephone number despite knowing that it lacked consent to do so. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

12. The telephone number called by Defendant was assigned to a cellular telephone service pursuant to 47 U.S.C. § 227(b)(1).

13. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

14. Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

15. Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

### TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: April 13, 2016

Respectfully submitted,

By _____

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiff