**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 05 2016

JAMES W. McCORMACK, CLERK
By: _____
          DEP CLERK

UNITED STATES DISRTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CASE NO.: 3.16CV107-KGB

CHRISTOPHER HUBLER

    Plaintiff,

Vs.

STRATEGIC STUDENT SOLUTIONS, LLC.

    Defendants,

---

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

    **COMES NOW**, the Defendant, STRATEGIC STUDENT SOLUTIONS, LLC, and files this answer and affirmative defenses and states as follows:

1. The Defendant admits the allegations contained in Paragraph 4.

2. The Defendant denies the allegation contained in Paragraphs 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15 and demand strict proof thereof.

3. The Defendant is without knowledge to admit or deny the allegations contained in Paragraph 3.

    **WHEREFORE**, the Defendant respectfully requests that this honorable Court deny each and every claim for the relief sought by the plaintiff and grant any such further relief that this court may deem appropriate.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Defendant would state as their affirmative defense that Defendant does not own, has possession of, or control any automatic dialing systems. The Defendant utilizes third party marketing companies to which there is no affiliation or agency relationship. Through technology these calls are routed to the Defendant's off shore call centers by the abovementioned third party vendors. No solicitation calls are generated by the Defendant, Strategic Student Solutions, LLC, and therefore the Defendant has no knowledge of the origination of said calls.

### Second Affirmative Defense

The Defendant would state that no violation of the Telephone Consumer protection Act (TCPA) has been committed by the Defendant since Defendant does not own or control any of these devices.

### Third Affirmative Defense

The Defendant would state as their affirmative defense that are entitled to an award of cost if any, for having to defend this action.

**WHEREFORE**, the Defendant respectfully requests that this honorable Court dismiss the complaint against them with prejudice and for any and all other relief deemed just and proper.

_____
**Defendant**

Dave Green
Strategic Student Solutions
1489 W. Palmetto Park Rd
Suite # 467
Boca Raton, FL 33486
Tel: (877) 404-4835
Fax: (877) 799-7094

## CERTIFICATE OF SERVICE

I, **THE DEFENDANT HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail on this 22nd day of June, 2016 to: Sergei Lemberg, Esquire, C/O lemberg Law, L.L.C, 2525 43 Danbury Road, Wilton, CT 06897

By: _____

Dave Green
Strategic Student Solutions
1489 W. Palmetto Park Rd
Suite # 467
Boca Raton, FL 33486
Tel: (877) 404-4835
Fax: (877) 799-7094