# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| Christopher Hubler, | : |
| Plaintiff, | : Civil Action No.: 3:16-cv-00170-KGB |
| v. | : |
| Strategic Student Solutions, LLC, | : |
| Defendant. | : |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT STRATEGIC STUDENT SOLUTIONS, LLC

PLEASE TAKE NOTICE that Plaintiff, Christopher Hubler, hereby moves pursuant to Fed. R. Civ. P. 55(b)(2) for a default judgment against Defendant Strategic Student Solutions, LLC. In support, Plaintiff respectfully submits the accompanying Memorandum of Law, the Declaration of Christopher Hubler and the exhibits attached thereto.

Dated: June 23, 2017

Respectfully submitted,

By */s/ Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

  THIS IS TO CERTIFY that on June 23, 2017, a copy of the foregoing was served electronically by the U.S. District Court for the Eastern District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system. A copy of the foregoing was also mailed by first-class mail, postage prepaid to the parties listed below:

Dave Green
Strategic Student Solutions
1489 W. Palmetto Park Rd., Suite 467
Boca Raton, FL 33486

              */s/ Sergei Lemberg*
              Sergei Lemberg, Esq.