**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| Christopher Hubler, | : |
| | : |
| | : Civil Action No.: 3:16-cv-00107-KGB |
| Plaintiff, | : |
| v. | : |
| | : |
| Strategic Student Solutions, LLC, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Christopher Hubler ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 18, 2017

                                            Respectfully submitted,

                                            By: */s/ Sergei Lemberg*
                                            Sergei Lemberg, Esq.
                                            LEMBERG LAW, L.L.C.
                                            43 Danbury Road, 3rd Floor
                                            Wilton, CT 06897
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 18, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By _/s/ Sergei Lemberg_____
               Sergei Lemberg, Esq.