IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER HUBLER                                                                    PLAINTIFF

v.                         Case No. 3:16-cv-107 KGB

STRATEGIC STUDENT SOLUTIONS, LLC                                           DEFENDANT

## ORDER

Pending before the Court is plaintiff Christopher Hubler's motion for default judgment (Dkt. No. 13). After filing this motion, Mr. Hubler filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 14-1). In accordance with Rule 41(a)(1)(A)(i), this action was dismissed without prejudice upon submission of the notice of dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i). Consequently, the Court denies as moot Mr. Hubler's motion for default judgment (Dkt. No. 13).

This action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ordered this the 18th day of August, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge